UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00541-AH-(MBK) | Date | March 19, 2026 |
| Title | *Nurlan Gudavasov v. David Marin* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of Respondents Pamela Bondi, Thomas Giles, Todd Lyons, David Marin, and Kristi Noem's ("Respondents") response to the Court's Order to Show Cause why a preliminary injunction should not issue. Dkt. No. 11. Respondents indicate that Petitioner Nurlan Gudavasov ("Petitioner") was released from immigration detention, and therefore argue that Petitioner's petition for writ of habeas corpus ("Petition") should be dismissed without prejudice or denied as moot. Petitioner did not file an optional reply by the Court's deadline. *See* Dkt. No. 10.

The Court VACATES the preliminary injunction hearing set for March 23, 2026. The Court orders Petitioner to show cause, in writing, why the Petition should not be dismissed without prejudice as moot within **ten (10) days** of the date of this Order. Failure to timely respond may result in dismissal of the Petition without further notice.

**IT IS SO ORDERED.**